STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT HARVIN, DEFENDANT-APPELLANT.

Argued November 22, 1965—Decided December 20, 1965.

*Mr. Matthew P. Boylan* argued the cause for appellant (*Messrs. Crummy, Gibbons & O'Neill,* attorneys).

*Mr. Barry H. Evenchick,* Assistant Prosecutor, argued the cause for respondent (*Mr. Brendan T. Byrne,* Essex County Prosecutor, attorney).

The opinion of the court was delivered

PER CURIAM. Defendant appeals from a judgment of conviction entered upon a jury's verdict of murder in the second degree.

We have examined the sundry points advanced on defendant's behalf and find no basis for reversal. The judgment is accordingly affirmed.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and HANEMAN—6.

*For reversal*—None.